*E-filed 5/22/07*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| RAMIN MONAJEMY,<br><br>    Plaintiff,<br><br>    v.<br><br>MICHAEL CHERTOFF, Secretary;<br>EMILIO T. GONZALES, Director, CIS;<br>DAVID N. STILL, District Director;<br>FRANK SICILIANO, Officer in Charge,<br>Department of Homeland Security;<br>ROBERT S. MUELLER, Director,<br>Federal Bureau of Investigations,<br><br>    Defendants. | No. C 07-1127 HRL<br><br>**STIPULATION TO DISMISS; AND ORDER** |

    Plaintiff, by and through his attorney of record, and Defendants, by and through their attorneys of record, hereby stipulate, subject to the approval of the Court, to dismissal of the above-entitled action without prejudice in light of the fact that the United States Citizenship and Immigration Services is now prepared to adjudicate Plaintiff's application for naturalization and agrees to do so within 30 days of the dismissal of this action.

    Each of the parties shall bear their own costs and fees.

///

1 | Dated: May 21, 2007

Respectfully submitted,

SCOTT N. SCHOOLS
United States Attorney

EDWARD A. OLSEN
Assistant United States Attorney
Attorneys for Defendants

Dated: May 21, 2007

EDWARD R. LITWIN
CHRISTINA LEE
Attorneys for Plaintiff

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Dated: 5/22/07

HOWARD R. LLOYD
United States Magistrate Judge

Stipulation to Dismiss
C07-1127 HRL

2